SO ORDERED: August 22, 2011.



_____
**Frank J. Otte**
**United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE:                                                                                    CASE NO. 10-03692-FJO-13
PATRICIA KAY GRUESSER

DEBTOR(S)

### ORDER GRANTING MOTION TO MODIFY

    Comes now the debtor herein, by counsel, and having filed a post-confirmation amended-plan on **06/28/2011** (more appropriately deemed to be a Motion To Modify Plan pursuant to §1329),

    And the court, having extended notice and no objections to said Motion having been filed, or if filed, said objection having been resolved or withdrawn, now finds that said Motion should be granted.  It is, therefore, ORDERS, ADJUDGED AND DECREED that the debtor's § 1329 Motion To Modify Plan After Confirmation shall be granted.
IT IS FURTHER ORDERED that the debtor shall pay Ann M. DeLaney, Trustee as follows:

        Pay a total of $49,280.00 through June 19, 2011; then, beginning
        July 19, 2011 pay $3,500.00 per month for 45 months for a total plan base
        of $206,780.00.

###