UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: )
)
PATRICIA KAY GRUESSER ) CASE NO. 10-03692-JMC-13
)
DEBTOR )
)

## AGREED ENTRY TO RESOLVE FUNDING ISSUES WITH THE CHAPTER 13 TRUSTEE

The parties hereto agree that the Debtor's plan must be modified to resolve an existing issue or objection. This modification operates under 11 U.S.C. §1322 and becomes part of the Debtor's plan without any necessity for notice herein. The agreement of the parties is:

**Debtor shall pay $195,388.66** to the Chapter 13 Trustee over the 60 month plan base. Then, due to improper funding issues, Debtor shall pay $438.74 to the Chapter 13 Trustee in June, 2015 in order to pay all allowed claims in full  Debtor's plan base shall be increased to **$195,827.40**. All other aspects of Debtor's confirmed Chapter 13 plan shall remain unchanged and in full force and effect.

**WHEREFORE**, the parties hereto have agreed to the above terms as an agreed modification of the plan as last submitted by the Debtor herein and ask the Court to approve the same.

DATE: 6/15/15          _____
                       CHAPTER 13 TRUSTEE (OR STAFF COUNSEL)

DATE: 5-26-2015        _____
                       DEBTOR'S COUNSEL

DATE: 6-3-15           _____
                       DEBTOR

DATE: _____          _____
                       DEBTOR

Tom Scott and Associates, P.C.
Chapter 13 Trustee
Debtor(s)