UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                                              CASE NO. 10-03692-JMC-13
PATRICIA KAY GRUESSER

DEBTOR(S)

NOTICE OF PLAN COMPLETION

The Chapter 13 trustee hereby certifies that the debtor (s) has/have completed all payments under the confirmed Chapter 13 plan.

If the debtor(s) is/are eligible for a discharge, the debtor(s) is/are now required to file a Motion for Entry of Chapter 13 Discharge and Debtor's Certification of Eligibility on the Court's forms. Those forms are available at www.insb.uscourts.gov under Forms/Local/Chapter 13.  (If applicable, the debtor(s) must also send notice of the filing of the Certification of Eligibility to any holder of a domestic support obligation.)

**FAILURE TO FILE THESE REQUIRED PLEADINGS WITHIN 30 DAYS AFTER THE  FILING OF THIS NOTICE MAY RESULT IN THE CLOSING OF THE CASE WITHOUT  A DISCHARGE**

                                                              Respectfully submitted,

DATE:  August 6, 2015

                                                              /s/Ann DeLaney
                                                              Ann DeLaney
                                                              P.O. Box 441285
                                                              Indianapolis, IN  46244
                                                              Telephone: (317) 829-7360
                                                              Facsimile: (317) 829-7369
                                                              Email:anndelaney341@trustee13.com

CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing Notice of Plan Completion has been duly served upon the following individuals, electronically or by United States mail, first-class postage prepaid, on this date August 6, 2015:

U. S. Trustee        *via electronic mail*

TOM SCOTT & ASSOCIATES, PC        *via electronic mail*

PATRICIA KAY GRUESSER: 719 E KESSLER BOULEVARD, INDIANAPOLIS, IN 46220

: , , ,

                                                              /s/Ann DeLaney
                                                              Ann DeLaney